UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Andre G. Paiva

Plaintiff(s),

v.

Zurich American Insurance Company and
DOES 1-50 inclusive

Defendant(s).

CASE NO. 3:06-cv-01933-EDL

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: 6/29/06

Dated: 6/29/06

_____
Attorney for Plaintiff

_____
Attorney for Defendant

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- → Mediation
- Private ADR

Deadline for ADR session
→ 90 days from the date of this order.
other

IT IS SO ORDERED.

Dated: June 30, 2006

IT IS SO ORDERED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

I declare that:

I am employed by the Law Offices of John N. Frye in the City and County of San Mateo. I am over the age of eighteen (18) years and not a party to the within action. My business address is 411 Borel Avenue, Suite 500, San Mateo, California 94402.

Pursuant to the directions of the attorney who signed the foregoing, a member of the bar of this court, on February 24, 2006, I served the following document(s) entitled:

**Stipulation and [Proposed] Order Selecting ADR Process**

____ **(by facsimile transmission)** on the party by transmitting said document(s) from our office by facsimile machine (650) 345-9875 to facsimile machine number(s) below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error.

_X_ **(by mail)** on all parties in said action, in accordance with California Code of Civil Procedure, by placing true copies thereof, enclosed in a sealed envelope with postage thereon fully prepaid, addressed as set forth below.

____ **(by personal delivery)** by personally delivering a true copy thereof to the person and at the address set forth below.

____ **(by overnight mail)** by depositing a true copy thereof in a sealed packet for overnight mail delivery, with charges thereon fully prepaid and addressed as set forth below.

**Michael F. Bell**
Galton & Helm LLP
500 South Grand Avenue, Suite 1200
Los Angeles, CA 90071-2624
213/629-8800
213/629-0037 (fax)
mbell@galtonhelm.com

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on June 29, 2006, at San Mateo, California.

*Christina Lukens*
Christina J. Lukens

**PROOF OF SERVICE**
Page 1