John N. Frye, SBN: 45191
LAW OFFICES OF JOHN N. FRYE
411 Borel Avenue, Suite 500
San Mateo, CA 94402-3520
Telephone: (650) 577-0889
Facsimile: (650) 345-9875

Attorney for Plaintiff
Andre Paiva

UNITED STATES DISCTRICT COURT

FOR THE NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE G. PAIVA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and DOES 1-50 inclusive,<br><br>　　　　Defendants. | Case No. 3:06-cv-01933-EDL<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER** |

It is hereby stipulated by the parties, through their counsel that the above-captioned action be and hereby is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41 (a) (1) (ii).

IT IS HEREBY STIPULATED.

LAW OFFICES OF JOHN N. FRYE

Dated: November 9, 2006

John N. Frye, Attorney for Plaintiff
Andre Paiva

GALTON & HELM, LLP

Dated: November 10, 2006

Michael F. Bell, Attorney for Defendant
Zurich American Insurance Company

IT IS SO ORDERED:

Dated: November 21, 2006

IT IS SO ORDERED
Judge Elizabeth D. Laporte

Elizabeth D. Laporte
United States Magistrate Judge

I declare that:

I am employed by the Law Offices of John N. Frye in the City and County of San Mateo. I am over the age of eighteen (18) years and not a party to the within action. My business address is 411 Borel Avenue, Suite 500, San Mateo, California 94402.

Pursuant to the directions of the attorney who signed the foregoing, a member of the bar of this court, on February 24, 2006, I served the following document(s) entitled:

**Stipulation to Dismiss with Prejudice**

_____ **(by facsimile transmission)** on the party by transmitting said document(s) from our office by facsimile machine (650) 345-9875 to facsimile machine number(s) below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error.

   X    **(by mail)** on all parties in said action, in accordance with California Code of Civil Procedure, by placing true copies thereof, enclosed in a sealed envelope with postage thereon fully prepaid, addressed as set forth below.

_____ **(by personal delivery)** by personally delivering a true copy thereof to the person and at the address set forth below.

_____ **(by overnight mail)** by depositing a true copy thereof in a sealed packet for overnight mail delivery, with charges thereon fully prepaid and addressed as set forth below.

**Michael F. Bell**
Galton & Helm LLP
500 South Grand Avenue, Suite 1200
Los Angeles, CA 90071-2624
213/629-8800
213/629-0037 (fax)
mbell@galtonhelm.com

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on November 17, 2006, at San Mateo, California.

*/s/ Christina J. Lukens*
Christina J. Lukens

---

**PROOF OF SERVICE**
Page 1